# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| KIMBERLY BAILEY,<br><br>  Movant,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>  Respondent. | CRIM. NO. 00-CR-01242-JM<br>CIVIL NO. 06-CV-00155-JM<br><br>**ORDER DENYING MOTION TO STAY PROCEEDINGS** |
|---|---|

Movant Kimberly Bailey moves ex parte to stay these 28 U.S.C. §2255 proceedings and the criminal proceedings against co-defendant Humberto Iribe in Criminal Case No. 00cr1242. The court denies the motion to stay the §2255 proceedings as moot because final judgment was entered on December 8, 2006. The court also denies the motion to stay the criminal proceedings of Humberto Iribe. Movant is not a party to those proceedings and lacks standing to challenge on-going criminal proceedings against co-defendant Humberto Iribe.

**IT IS SO ORDERED.**

DATED: February 8, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: All Parties